[No. 60720-1-I.   Division One.   February 1, 2010.]

*In the Matter of the Personal Restraint of* HUBBA DWAYNE TEAL, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Grosse, J., concurred in by Lau and Leach, JJ.

[No. 61927-6-I.   Division One.   February 1, 2010.]

*In the Matter of the Parentage of* A.G.B.

JENNIFER ANN PASHELK, *Appellant,* v. MICHAEL ALLEN BOSTROM, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-5-00354-1, Ronald L. Castleberry, J., entered June 5, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Lau and Leach, JJ.

[No. 62069-0-I.   Division One.   February 1, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. SIMRANDEEP KANG, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00656-8, Steven J. Mura, J., entered July 29, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Cox, JJ.

[No. 62276-5-I.   Division One.   February 1, 2010.]

NORM'S TRUCK AND EQUIPMENT, INC., *Respondent,* v. JOSEPH G. PILLING ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-10777-2, Bruce E. Heller, J., entered August 18, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Cox and Leach, JJ.